Stephen M. Doniger, Esq. (SBN 179314)
David Shein, Esq. (SBN 230870)
**DONIGER / BURROUGHS, APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Electronic: stephen@donigerlawfirm.com
Attorneys for Plaintiff

NO JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALYN PAIGE, INC., a New York Corporation; J.C. PENNEY CORPORATION, INC., a Delaware Corporation; ROSS STORES, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.:  CV09-4071 RSWL (FMOx)<br>*Hon. Ronald S.W. Lew Presiding*<br><br>**JUDGMENT ON RULE 68 OFFER BY DEFENDANT ALYN PAIGE, INC.** |

The Court, after reviewing the Fed.R.Civ.P. 68 Offer of Judgment made by Defendants and the Joint Notice of Acceptance by Plaintiff, enters Judgment in the above-referenced matter as follows:

1) Defendants ALYN PAIGE, INC. shall be enjoined from any further use of Plaintiff's Design No. 59924 (a true and correct copy of which is attached hereto as Exhibit "1"), and

2) Judgment in the amount of $75,000.00 shall be entered against Defendant ALYN PAIGE, INC. in favor of Plaintiff.

3) Each party is to otherwise bear its own costs and fees.

IT IS SO ORDERED.

Dated: April 8, 2010        RONALD S. W. LEW
                            HON. RONALD S.W. LEW
                            SENIOR, U.S. DISTRICT COURT JUDGE