Stephen M. Doniger, Esq. (SBN 179314)
David Shein, Esq. (SBN 230870)
**DONIGER / BURROUGHS, APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Electronic: stephen@donigerlawfirm.com
Attorneys for Plaintiff

O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALYN PAIGE, INC.,  a New York Corporation; J.C. PENNEY CORPORATION, INC., a Delaware Corporation; ROSS STORES, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.:  CV09-4071 RSWL (FMOx)<br>*Hon. Ronald S.W. Lew Presiding*<br><br>**ORDER ON STIPULATION TO SET ASIDE THE APRIL 12, 2010 JUDGMENT AGAINST ALYN PAIGE, INC.** |

Having reviewed the Stipulation of the parties to set aside the Judgment against Alyn Paige, Inc. following a global settlement of the case reached by the parties, and finding good cause thereon,

///

///

///

- 1 -

1    IT IS ORDERED that the Judgment against Defendant ALYN PAIGE, INC.
2  entered on April 12, 2010 (Docket No. 34) be, and hereby is, set aside.

4    SO ORDERED.

6  Dated: June 15, 2010               **RONALD S.W. LEW**
7                                     ———————————————
                                      Hon. Ronald S.W. Lew
                                      Senior, U.S. District Court Judge